UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT SCOTT GRIZZLE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 3:17-cv-00813-JLS-RBM<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO TAKE REMOTE DEPOSITION OF PLAINTIFF ELLIOT SCOTT GRIZZLE, AN INCARCERATED PERSON**<br><br>[Doc. 128] |

On February 2, 2021, Defendants County of San Diego, et al. (collectively "Defendants") filed an application for an order authorizing commencement of the witness deposition of Plaintiff Elliot Scott Grizzle ("Plaintiff"), an inmate ("the Application"). (Doc. 128.) Plaintiff is in the custody of California Department of Corrections and Rehabilitation at California State Prison, Sierra Conservation Center ("SCC"). (*Id.* at 1.) The Application is submitted under Federal Rule of Civil Procedure 30(a)(2)(B) and 30(b)(4), which requires leave of court to depose a deponent confined in prison and to conduct a deposition by remote means. (*Id.* at 2.) Plaintiff does not oppose the Application, and the remote deposition is set to be scheduled after leave of court is granted and before the March 12, 2021 discovery cutoff date. (*Id.* at 2-3.)

    Good cause appearing, the Application is **GRANTED**. Defendants may depose Plaintiff by remote means. However, given the ongoing COVID-19 pandemic, Defendants may only depose Plaintiff in accordance with the Federal Rules of Civil Procedure and the guidelines, rules, and regulations of the institution where Plaintiff is held in custody.

**IT IS SO ORDERED**.

DATE: February 3, 2021

*[signature]*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE