MELISSA M. HOLMES, Senior Deputy (SBN 220961)
ALEXA KATZ, Deputy (SBN 317968)
JENNIFER M. MARTIN, Deputy (SBN 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5836  Fax: (619) 531-6005
E-mail: jennifer.martin2@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William Gore, Lena Lovelace and Aaron Boorman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliot Scott Grizzle,<br><br>    Plaintiff,<br><br>    v.<br><br>County of San Diego, individually and officially, Sheriff William Gore, Lieutenant Lovelace, Lieutenant Froistad, Aaron Boorman, and Does 1 - 25,<br><br>    Defendants. | No. 17-cv-00813-JLS-RBM<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION, AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**<br>[Fed. R. Civ. P. 33, 34, 36, 37]<br><br>Date: May 12, 2021<br>Time: 9:30 a.m.<br>Dept: Suite 220, El Centro<br>Judge: Hon. Ruth Bermudez Montenegro |

PLEASE TAKE NOTICE that on May 12, 2021 at 9:30 a.m., or as soon thereafter as this matter may be heard in the above-referenced Court, Defendant County of San Diego ("Defendant") will move this Court pursuant to Fed. R. Civ. P. Rules 33, 34, 36, 37 for an order set forth below:

1. Deem the Requests for Admissions, Set One, admitted.

2. Compel Plaintiff to provide further responses to Interrogatories, Set One, Requests for Production, Set One, and, if the Court does not grant the Relief in No. 1,

///

1  above, compel Plaintiff to provide further responses to Requests for Admissions, Set
2  One.
3      3.    Award Defendants their reasonable expenses incurred in making this
4  Motion to obtain this relief, including attorneys' fees in the amount of $1,442.10; and
5      4.    Such further relief as the Court deems proper.
6      This Motion will be based upon this Notice, the accompanying Memorandum of
7  Points and Authorities, the accompanying Declaration of Jennifer M. Martin and
8  exhibits attached thereto, the complete files and records of this action, and upon such
9  other and further evidence or argument as the Court may hear or receive.

DATED: April 14, 2021        Office of County Counsel

By: s/JENNIFER M. MARTIN, Deputy
Attorneys for Defendants County of San Diego,
William Gore, Lena Lovelace and Aaron
Boorman