# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On April 14, 2021, I served the following documents:

**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION, AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**

**DEFENDANT COUNTY OF SAN DIEGO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION, AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**

**DECLARATION OF JENNIFER MARTIN IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION, AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**

in the following manner:

☐ **(BY E-MAIL)** By emailing an electronic copy (per mutual agreement) of the documents listed above to the following e-mail address(es):

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

Kevin Macnamara, Esq.
Law Office of Kevin Macnamara
5281 Pembury Drive
La Palma, CA 90623
Tel: (714) 858-1109
Fax: (866) 506-3448
kevin.macnamara.esq@gmail.com

Attorney for Plaintiff: Elliott Scott Grizzle

Executed on April 14, 2021, at San Diego, California.

By: s/JENNIFER M. MARTIN
E-mail: jennifer.martin2@sdcounty.ca.gov

(*Elliot Scott Grizzle v. County of San Diego, et al*; USDC Case No. 17cv0813-JLS-RBM