UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT SCOTT GRIZZLE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  17-cv-00813-JLS-RBM<br><br>**ORDER SETTING BRIEFING SCHEDULING RE: DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO WRITTEN DISCOVERY**<br><br>[Doc. 137] |

　　On April 14, 2021, Defendants, County of San Diego, William Gore, Lena Lovelace, and Aaron Boorman (collectively, "Defendants") filed a Motion to Compel ("Motion") discovery and to deem requests for admissions admitted pursuant to Federal Rule of Civil Procedure 37(a).  (Doc. 137.)  Plaintiff is provided until **April 28, 2021**, to timely file a response to the Motion.  Defendants are not required to file a reply.  The Motion will be submitted on the papers.  Unless otherwise requested by the parties or the Court, no formal argument will be heard and no personal appearances are necessary.

/ / /

/ / /

/ / /

**IT IS SO ORDERED**.

Dated: April 19, 2021

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE