UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT SCOTT GRIZZLE,<br><br>                                  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                  Defendants. | Case No.:  17-CV-813-JLS-WVG<br><br>**ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER EXCUSING INDIVIDUAL DEFENDANTS FROM ATTENDANCE AT THE MANDATORY SETTLEMENT CONFERENCE** |

On April 7, 2022, Defendants filed an Ex Parte Application for an Order Excusing Individual Defendants from Attendance at the Mandatory Settlement Conference ("Ex Parte Application"). (Doc. No. 168.) On April 8, 2022, Plaintiff filed a Notice of Non-Opposition to Defendants' Ex Parte Application. (Doc. No. 170.) Defendants move the Court to excuse the personal appearances of individually named defendants former Sheriff William Gore ("Defendant Gore"), former Captain Lena Lovelace, and Lieutenant Aaron Boorman for the Mandatory Settlement Conference ("MSC") in this matter. Given that Plaintiff has abandoned his claims against Defendant Gore in his individual capacity and, moreover, that none of the individually named defendants have settlement authority, the Court finds good cause exists to excuse the individually named defendants from personally

appearing at the MSC. Thus, the Court GRANTS Defendants' Ex Parte Application. Finally, the Court observes Defendants failed to provide advance notice of their instant filing to Chambers in violation of this Court's Civil Chambers Rules VI. Compliance with all applicable rules, including Chambers Rules, is mandatory. Future non-compliance may result in sanctions.

**IT IS SO ORDERED.**

DATED: April 11, 2022

Hon. William V. Gallo
United States Magistrate Judge