UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT SCOTT GRIZZLE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-CV-813-JLS-WVG<br><br>**ORDER ON PLAINTIFF'S EX PARTE MOTION TO ALLOW PLAINTIFF'S ATTENDANCE VIRTUALLY VIA ZOOM OR TELEPHONE AT MANDATORY SETTLEMENT CONFERENCE** |

　　　　On April 7, 2022, Plaintiff filed an Ex Parte Motion to Allow Plaintiff's Attendance Virtually Via Zoom or Telephone at Mandatory Settlement Conference ("Ex Parte Application"). (Doc. No. 169.) On April 8, 2022, Defendants filed a Notice of Non-Opposition to Plaintiff's Ex Parte Application. (Doc. No. 171.) Plaintiff moves the Court to appear either telephonically or via videoconference for the Mandatory Settlement Conference ("MSC") in this matter. Given Plaintiff's ongoing incarceration and Defendants' non-opposition to Plaintiff's Ex Parte Application, the Court finds good cause exists to permit Plaintiff to appear remotely for the forthcoming MSC in this matter. Plaintiff, his attorney, and counsel for Defendants shall make all efforts to ensure Plaintiff timely appears for the MSC either via telephone or by Zoom. Thus, the Court GRANTS

Plaintiff's Ex Parte Application. Separately, the Court observes Plaintiff failed to provide advance notice of his instant filing to Chambers in violation of this Court's Civil Chambers Rules VI. Compliance with all applicable rules, including Chambers Rules, is mandatory. Future non-compliance may result in sanctions.

**IT IS SO ORDERED.**

DATED: April 11, 2022

Hon. William V. Gallo
United States Magistrate Judge