UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT SCOTT GRIZZLE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-CV-813-JLS-WVG<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE AND DENYING AS MOOT JOINT MOTION TO VACATE OR CONTINUE SPECIAL PRE-TRIAL DEADLINES WHILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS PENDING** |

　　　In light of District Judge Janis L. Sammartino's July 18, 2022 Order Granting Defendants' Motion for Summary Judgment and directing the Clerk of this Court to enter judgment accordingly, this Court VACATES the September 13, 2022 Mandatory Settlement Conference in this matter and DENIES AS MOOT the Parties' Joint Motion to Vacate or Continue Special Pre-Trial Deadlines while Defendants' Motion for Summary Judgment Is Pending. (Doc. Nos. 179, 180). **IT IS SO ORDERED.**

Dated: July 18, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge